Arrian D. HARRIS, Appellant,

v.

STATE of Missouri, Respondent.

No. ED 102496

Missouri Court of Appeals,
Eastern District,
DIVISION ONE.

Filed: November 24, 2015

Amanda P. Faerber, 1010 Market Street, Suite 1100, St. Louis, MO 63101, for Appellant.

Chris Koster, Attorney General, Robert J. Bartholomew, Jr., Asst. Attorney General, P.O. Box 899, Jefferson City, MO 65102–0899, for Respondent.

Before Robert G. Dowd, Jr., P.J. and Mary K. Hoff and Roy L. Richter, JJ.

## ORDER

PER CURIAM.

Arrian Harris ("Movant") appeals from the judgment of the motion court denying his Rule 29.15 motion for post-conviction relief after an evidentiary hearing. Movant argues the motion court clearly erred in denying his Rule 29.15 motion for post-conviction relief because: (1) Movant's trial counsel failed to adequately prepare Movant to testify in his own defense; (2) Movant's trial counsel was ineffective for failing to object to the admission of State's Exhibit 19.

We have reviewed the briefs of the parties and the record on appeal and find the

motion court's findings of fact and conclusions of law are not clearly erroneous and affirm. An opinion reciting the detailed facts and restating the principles of law would have no precedential value nor serve any jurisprudential purpose. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 84.16(b).